FILED
FEB 2 2 2021
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                        DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES J. DEWALT, an individual,<br>Plaintiff,<br>v.<br>MIDLAND CREDIT MANAGEMENT, INC.,<br>Defendant. | Case No.: 3:20-cv-02158-BEN-JLB<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>**[ECF No. 10]** |

This matter comes before the Court on the Parties' Joint Motion to Dismiss. ECF No. 10. Good cause appearing, the Joint Motion is **GRANTED**. *See* Fed. R. Civ. P. 41(a)(2). The action is dismissed in its entirety *with prejudice*. Each party shall pay their own fees and costs.

**IT IS SO ORDERED.**

Dated: February 22, 2021

HON. ROGER T. BENITEZ
United States District Judge